Robert Starr (183052)
robert@frontierlawcenter.com
Adam Rose (210880)
adam@frontierlawcenter.com
Manny Starr (319778)
manny@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Plaintiffs
Dynita Zearfoss, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNITA ZEARFOSS, and TRACY SWAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUBBERMAID, INC., and NEWELL BRANDS, INC.,<br><br>Defendants. | NO. 2:18-cv-06392-AB (ASx)<br><br>ORDER MODIFYING SCHEDULING ORDER<br><br>L.R. 7-1 |

For the reasons set forth in the concurrently filed stipulation, the Court modifies the Scheduling Order as follows:

| | |
|---|---|
| Class Certification Motion Deadline and Class Certification Expert Disclosures Due: | March 13, 2020 |
| Depositions of Plaintiffs' Class Certification Experts Shall Be Complete: | April 10, 2020 |
| Opposition to Class Certification and Class Certification Expert Disclosures Due: | May 1, 2020 |

-1-
ORDER APPROVING STIPULATION TO MODIFY SCHEDULING

| | | |
|---|---|---|
| Depositions of Defendants' Class Certification Shall Be Complete: | | May 29, 2020 |
| Plaintiffs' Reply in Support of Class Certification Due: | | June 5, 2020 |
| Hearing on Motion for Class Certification: | | June 26, 2020 |

IT IS SO ORDERED.

Date:  9/23/2019

_____
Hon. Judge André Birotte Jr.