Adam Rose (210880)
adam@frontierlawcenter.com
Manny Starr (319778)
manny@frontierlawcenter.com
Frontier Law Center
23901 Calabasas Road, #2074
Calabasas, CA 91302
Telephone: (818) 914-3433
Facsimile: (818) 914-3433

Attorneys for Plaintiffs
Dynita Zearfoss, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DYNITA ZEARFOSS, and TRACY SWAN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>RUBBERMAID, INC., and NEWELL BRANDS, INC.,<br><br>Defendants. | NO. 2:18-cv-06392-AB (ASx)<br><br>STIPULATION TO DISMISS |

**<u>STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to dismissal of this action with prejudice. All parties shall bear their own fees and costs.

| | |
|---|---|
| */s/ Adam Rose*<br>Adam Rose | */s/ Steven E. Swaney*<br>Steven E. Swaney |
| **FRONTIER LAW CENTER**<br>23901 Calabasas Rd, Suite 2074<br>Calabasas, CA 91302<br>Telephone: (818) 914-3433<br>adam@frontierlawcenter.com<br><br>*Counsel for Plaintiffs* | **SCHIFF HARDIN LLP**<br>4 Embarcadero Center, Suite 1350<br>San Francisco CA 94111<br>Telephone: (415) 901-8700<br>Email: sswaney@schiffhardin.com<br><br>*Counsel for Defendants* |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-
STIPULATION TO DISMISS